IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICK BARTOL,                    :    CIVIL ACTION
                                   :    NO. 17-0614
        Plaintiff,                 :
                                   :
    v.                             :
                                   :
OFFICER ADAM BARROWCLOUGH,         :
et al.,                            :
                                   :
        Defendants.                :

**O R D E R**

**AND NOW**, this **3rd** day of **May, 2017,** upon consideration
of Plaintiff's Complaint (ECF No. 1), Defendants' Partial Motion
to Dismiss and Motion to Strike (ECF No. 10), and Plaintiff's
response in opposition to Defendants' Partial Motion to Dismiss
and Motion to Strike (ECF No. 13), and following a conference
held on the record with counsel for both parties on April 11,
2017, it is hereby **ORDERED** as follows:

1.    Defendants' Partial Motion to Dismiss and Motion
to Strike (ECF No. 10) is **GRANTED.**

2.    Plaintiff's Complaint (ECF No. 1) is **DISMISSED
without prejudice.**

3.    Plaintiff is granted **LEAVE** to file an Amended
Complaint on or before **May 23, 2017.**

4.    Defendant shall file a response to the Amended Complaint on or before **June 22, 2017.**

**AND IT IS SO ORDERED.**


                                        /s/ Eduardo C. Robreno
                                        **EDUARDO C. ROBRENO,    J.**